■ THOMAS A. HARNETT, as Superintendent of Insurance of the State

of New York, and as Liquidator of Northeastern Life Insurance Company of New York, Respondent, v LOUIS BLEECKER et al., Appellants.—Judgment, Supreme Court, New York County, entered on February 27, 1978, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Appeal from orders of said court entered on October 28, 1977, and on February 27, 1978, dismissed as subsumed in the judgment appealed from and reviewed on the appeal therefrom, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lane and Sandler, JJ.